**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 532 WAL 2016
                         : 
              Respondent     :
                         :   Petition for Allowance of Appeal from
                         :   the Order of the Superior Court
         v.                   :
                         :
                         :
JASON JONES,                   :
                         :
             Petitioner      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.